**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2022

March 24, 2022

**Via ECF**

Robert W. Lehrburger, U.S.M.J.
Southern District of New York
500 Pearl Street, Room 1960
New York, NY 10007

   Re: Deanna Garvey v. Face of Beauty LLC, et al.
      Case No.: 1:21-cv-10729-AJN-RWL

Dear Judge Lehrburger:

  I am counsel of record in the above referenced matter. I write Your Honor to respectfully request an adjournment of the parties' April 1, 2022 Initial Pre-Trial Conference, and all pre-conference submissions, until after the parties' participation in the Southern District's Mediation program.

  On March 8, 2022, this matter was referred to the Southern District's Mediation program, and a mediator was assigned on March 10, 2022. All parties intend to participate in the program and have scheduled the mediation for April 21, 2022. Therefore, we believe that it would be a prudent conservation of judicial time and resources to adjourn the Initial Pre-Trial Conference until a date *after* the mediation, should it be unsuccessful in resolving this matter. This is Plaintiff's first request for an adjournment of the parties' Initial Pre-Trial Conference. Defendants' counsels consent to this request.

  We appreciate the Court's consideration in this regard.

Respectfully Submitted,

**PHILLIPS & ASSOCIATES, PLLC**

*/s/ Silvia C. Stanciu, Esq.*
Silvia C. Stanciu, Esq.

  cc: Vikrant Pawar, Esq., *Attorney for Defendant Face of Beauty LLC, Mohamed Samir Abouelmaty*
     Devon Radlin, Esq., *Attorney for Defendant Tomiris Alpyssova* (Via ECF).

---

Request granted. IPTC canceled. The parties shall file a status letter within seven days following the date of mediation.

SO ORDERED:

3/25/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE