USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DEANNA GARVEY,

                       Plaintiff,

        - against -

FACE OF BEAUTY, LLC, et al.,

                       Defendants.
------------------------------------------------------------X

21-CV-10729 (AJN) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On March 25, 2022, Plaintiff filed a motion to dismiss Defendant's counterclaims. By **April 7, 2022**, Defendant shall file a letter indicating whether, in light of the motion, it will file amended counterclaims to address issues raised in the motion. If Defendant so intends, then Defendant shall file amended counterclaims by **April 25, 2022**. If Defendant does not intend to file amended counterclaims, then Defendant's opposition is due by **May 5, 2022**, and Plaintiff's reply, if any, is due by **March 19, 2022**. If Defendant files amended counterclaims, then by **May 2, 2022**, Plaintiff shall file a letter indicating whether Plaintiff (a) withdraws her motion to dismiss, or (b) stands on her motion to dismiss with respect to the amended counterclaims, or (c) intends to withdraw the current motion and file a revised motion. In the event that Plaintiff selects either (b) or (c), then the parties should then meet and confer on a briefing schedule and file a letter with the proposed schedule.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 30, 2022
      New York, New York

Copies transmitted this date to all counsel of record.