**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
*A PROFESSIONAL LIMITED LIABILITY COMPANY*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/3/2022
```

May 2, 2022

<u>**VIA ECF**</u>
Honorable U.S.M.J. Robert Lehrburger
United States District Judge
Southern District of New York
500 Pearl Street, Room 18D
New York, NY 10007

      Re:    **Deanna Garvey v. Face of Beauty, LLC, et al.**
              **Case No.: 1:21-cv-10729-AJN-RWL**

Dear Judge Lehrburger:

      We represent the Plaintiff, Deanna Garvey, in the above-referenced matter against Face of Beauty, LLC, Mohamed Samir Abouelmaty, individually, and Tomiris Alpyssova, individually. Pursuant to Your Honor's March 30, 2022 Order, Dct. No. 22, we write to advise that Plaintiff intends to file a revised Motion to Dismiss Defendant Face of Beauty LLC's Counterclaims. After conferring with counsel for Defendant Face of Beauty, LLC, we propose the following briefing schedule:

- By May 16, 2022, Plaintiff will file her revised Motion to Dismiss the Counterclaims;
- By May 30, 2022, Defendant Face of Beauty will file its Opposition;
- By June 13, 2022, Plaintiff shall file her Reply.

We thank Your Honor in advance for Your assistance with this matter.

                              Respectfully submitted,

                              /s/*Silvia C. Stanciu, Esq.*

                              **PHILLIPS & ASSOCIATES, PLLC**
                              *Attorneys for Plaintiff*
                              45 Broadway, Suite 430
                              New York, New York 10006
                              212-248-7431
                              sstanciu@tpglaws.com

cc: Vikrant Pawar, *Attorney for Defendant Face of Beauty, LLC and Mohamed Samir Abouelmaty, individually;* Devon Radlin, *Attorney for Defendant Tomiris Alpyssova, individually*

---

Briefing schedule approved. The motion to dismiss filed at Dkt. 18 is denied without prejudice as moot.

SO ORDERED:

5/3/2022       _____
                       HON. ROBERT W. LEHRBURGER
                       UNITED STATES MAGISTRATE JUDGE