UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

**DEANNA GARVEY,**

      **Plaintiff,**

  -against-

**FACE OF BEAUTY LLC, ET AL.,**

      **Defendants.**

------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/6/2022__

21-CV-10729 (ALC)

<u>ORDER</u>

**ANDREW L. CARTER, JR., District Judge:**

  On March 30, 2022, this matter was referred to United States Magistrate Judge Robert Lehrburger for resolution of Plaintiff's motion to dismiss the Defendant Face of Beauty, LLC's Counterclaims. Defendant subsequently amended its Counterclaim, and Plaintiff renewed her motion to dismiss, ECF No. 31. The Court now considers the Report and Recommendation issued by Judge Lehrburger, recommending that Defendant Face of Beauty's counterclaims be dismissed without prejudice.

  Despite notification of the right to object to the Report and Recommendation, no objections were filed. Where no timely objections are made, the district court reviews the Report and Recommendation for clear error. *Sacks v. Gandhi Eng'g, Inc.*, 999 F. Supp. 2d 629, 632 (S.D.N.Y. 2014). As there are no objections to the Report and Recommendation and as the Court finds no clear error in the record, the Court adopts the Report and Recommendation in its entirety. The Clerk of the Court is respectfully directed to terminate ECF No. 31.

**SO ORDERED.**
**Dated: October 6, 2022**
     New York, New York

                _____
                ANDREW L. CARTER, JR.
                United States District Judge