USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DEANNA GARVEY,

                     Plaintiff,

        - against -

FACE OF BEAUTY, LLC, et al.,

                     Defendants.
-------------------------------------------------------------X

21-CV-10729 (ALC) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On January 27, 2023 and January 30, 2023, the parties attempted to voluntarily dismiss this action through filing a notice of voluntary dismissal. The Clerk's Office rejected such submissions and instructed Defendant's counsel to "Correct the document (PDF) to reflect Stipulation of Voluntary Dismissal - Re-file the document using the event type Stipulation of Voluntary Dismissal found under the event list Other Documents - select the correct filer/filers - select the correct party/parties the voluntary dismissal is against - and attach the correct signed (scanned ink signature image) PDF." No further filing has been made in this case.

      In order for the Court to dismiss the action and close the case, by **April 10, 2023**, the parties shall re-file their Stipulation of Voluntary Dismissal in accordance with the Clerk's Office's instructions. Failure to do so may result in dismissal of the case for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 3, 2023
　　　　New York, New York

Copies transmitted this date to all counsel of record.