```
UNITED STATES DISTRICT COURT                              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                             DOCUMENT
------------------------------------------------------X   ELECTRONICALLY FILED
DEANNA GARVEY,                           :                DOC#: _____
                                         :                DATE FILED: _____
                                         :    21-CV-10729 (ALC) (RWL)
                Plaintiff,               :
                                         :
      - against -                        :    ORDER
                                         :
FACE OF BEAUTY, LLC, et al.,             :
                                         :
                Defendants.              :
                                         :
------------------------------------------------------X
```

**ANDREW L. CARTER, United States District Judge.**

WHEREAS, on January 26, 2023, the parties attempted to file a notice of voluntary dismissal (Dkt. 49);

WHEREAS, on January 27, 2023, the Clerk of Court's Office notified the parties that the dismissal was deficient;

WHEREAS, that same day, the parties then refiled the notice of voluntary dismissal (Dkt. 50);

WHEREAS, the Clerk's Office again notified the parties that the dismissal was deficient;

WHEREAS, on January 30, 2023, the parties attempted to file a stipulation of voluntary dismissal (Dkt. 51);

WHEREAS, the Clerk's Office again notified the parties that the dismissal was deficient;

WHEREAS, on April 3, 2023, this Court directed the parties to refile the stipulation of voluntary dismissal in accordance with the Clerk's Office's instructions by April 10, 2023 (Dkt. 52);

WHEREAS, the Court warned the parties that "[f]ailure to do so may result in dismissal of the case for failure to prosecute" (*Id.*);

WHEREAS, the parties did not refile the stipulation for voluntary dismissal; and

WHEREAS, the parties indisputably intended to dismiss the case;

IT IS HEREBY ORDERED that this case is dismissed with prejudice. The Clerk of Court is respectfully requested to terminate all motions and deadlines and close the case.

**SO ORDERED.**

Dated:   May 25, 2023
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**